## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| DEPARTMENT OF CORRECTIONS, STATE CORRECTIONAL INSTITUTION AT FRACKVILLE, | : | No. 181 MAL 2022 |
| | : | |
| | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| RALPH E. LYNN (STATE CIVIL SERVICE COMMISSION) | : | |
| | : | |
| PETITION OF: GOVERNOR'S OFFICE OF ADMINISTRATION | : | |

| | | |
|---|---|---|
| GOVERNOR'S OFFICE OF ADMINISTRATION, | : | No. 182 MAL 2022 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| RALPH E. LYNN (STATE CIVIL SERVICE COMMISSION), | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of September, 2022, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by petitioner, is:

Is the Commonwealth Court's decision contrary to longstanding precedents of the Supreme Court of Pennsylvania, including *Hoffman v. Township of Whitehall* and *Housing Authority of County of Chester v. Commission*, which hold that application of veterans' preference to promotions is unconstitutional?

The parties are also directed to address the related issue of whether a non-civil service employee seeking a civil service position at a higher pay scale in the same department is seeking a promotion such that the individual is ineligible for the veterans' preference.